Taylor W. Meek (Texas Bar I.D. No. 24100197)
MAYNARD NEXSEN P.C.
5949 Sherry Lane, Suite 820
Dallas, TX 75225
Telephone: (214) 239-2362
Email: TMeek@maynardnexsen.com

Tres Cleveland (*pro hac vice* application to be filed)
MAYNARD NEXSEN P.C.
1901 Sixth Avenue N, Suite 1700
Telephone: (205) 254-1000
Email: TCleveland@maynardnexsen.com

Evan N. Parrott (*pro hac vice* application to be filed)
MAYNARD NEXSEN P.C.
11 North Water Street, Suite 24290
Mobile, AL 36602
Telephone: (251) 206-7449
Email: EParrott@maynardnexsen.com

*Counsel for Formentera Partners Fund I, LP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90000-mxm11** |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC,** *et al.,* | § | **Chapter 11** |
| | § | |
| **Reorganized Debtors.** | § | **Jointly Administered** |
| | § | |
| _____ | § | |
| | § | |
| **TALCO PETROLEUM LLC and** | § | |
| **WHITE MARLIN OPERATING** | § | |
| **CO., LLC,** | § | |
| | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **Adversary No. 23-09003-mxm** |
| | § | |
| **FORMENTERA PARTNERS** | § | |
| **FUND I, LP and U.S. SPECIALTY** | § | |
| **INSURANCE CO.,** | § | |
| | § | |
| **Defendants** | § | |

## DEFENDANT FORMENTERA PARTNERS
## FUND I, LP'S RULE 12(B)(6) MOTION TO DISMISS

Defendant Formentera Partners Fund I, LP; ("Formentera"), by and through undersigned counsel, hereby respectfully moves (this "Motion") the Court to enter an order, substantively in the form of the proposed order attached hereto as **Exhibit A**, dismissing the claims of Plaintiffs Talco Petroleum LLC and White Marlin Operating Co., LLC against Formentera in the *Complaint and Request for Declaratory Judgment and Enforcement of Certain Provisions of Confirmed Plan* (Doc. 1) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to the above-styled adversary proceeding (the "AP") by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

In accordance with N.D. Tex. L.B.R. 7007-1(d) and (g), Formentea is filing, contemporaneously herewith: (a) the *Brief in Support of Defendant Formentera Partners Fund I, LP's Rule 12(b)(6) Motion to Dismiss* (the "Brief") and (b) the *Appendix in Support of Defendant Formentera Partners Fund I, LP's Rule 12(b)(6) Motion to Dismiss*, together with the exhibits annexed thereto.

For the reasons set forth more fully in the Brief, Formentera requests that the Court (a) dismiss Plaintiffs' claims against Formentera in the AP with prejudice and (b) grant Formentera such other and further relief as the Court deems just and proper.

Respectfully submitted this the 14th day of June, 2023.

/s/ Taylor W. Meek
Tres Cleveland (*pro hac vice* application to be filed)
Evan N. Parrott (*pro hac vice* application to be filed)
Taylor W. Meek (Texas Bar I.D. No. 24100197)

*Counsel for Formentera Partners Fund I, LP*

**OF COUNSEL:**

**MAYNARD NEXSEN P.C.**
Taylor W. Meek
5949 Sherry Lane, Suite 820
Dallas, TX 75225

Telephone: (214) 239-2362
Email: TMeek@maynardnexsen.com

*and*

Tres Cleveland
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Email: TCleveland@maynardnexsen.com

*and*

Evan N. Parrott
11 North Water Street
RSA Battle House Tower
Suite 24290
Mobile, AL 36602
Telephone: (251) 206-7449
Email: EParrott@maynardnexsen.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of June, 2023, a true and correct copy of the above

Notice has been served electronically on all parties that are registered to receive electronic

transmission through this Court's CM/ECF filing system in the above-styled adversary proceeding.

*/s/ Taylor Meek*
OF COUNSEL
