# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90000-mxm11** |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC,** *et al.,* | § | **Chapter 11** |
| | § | |
| **Reorganized Debtors.** | § | **Jointly Administered** |
| | § | |
| _____ | § | |
| | § | |
| **TALCO PETROLEUM LLC and** | § | |
| **WHITE MARLIN OPERATING** | § | |
| **CO., LLC,** | § | |
| | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| v. | § | **Adversary No. 23-09003-mxm** |
| | § | |
| **FORMENTERA PARTNERS** | § | |
| **FUND I, LP and U.S. SPECIALTY** | § | |
| **INSURANCE CO.,** | § | |
| | § | |
| **Defendants** | § | |

**ORDER GRANTING DEFENDANT FORMENTERA PARTNERS**
**FUND I, LP'S RULE 12(B)(6) MOTION TO DISMISS**

Upon consideration of the *Defendant Formentera Partners Fund I, LP's Rule 12(b)(6) Motion to Dismiss* [Doc. __] (the "Motion"),[1] the Brief, the *Appendix in Support of Defendant Formentera Partners Fund I, LP's Rule 12(b)(6) Motion to Dismiss*, and the exhibits annexed thereto, any opposition filed in response to the Motion; and the pleadings of record, the arguments and representations of counsel; and it appearing that this Court has jurisdiction to hear the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that adequate and proper notice of the Motion has been given and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED:**

A.   The Motion is **GRANTED**; and

B.   Plaintiffs' claims against Formentera are **DISMISSED** with prejudice.

**###END OF ORDER###**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Brief in Support of Defendant Formentera Partners Fund I, LP's Rule 12(b)(6) Motion to Dismiss* (the "Brief") filed contemporaneously with the Motion.

**Order submitted by**:

**OF COUNSEL:**

**MAYNARD NEXSEN P.C.**
Taylor W. Meek
5949 Sherry Lane, Suite 820
Dallas, TX 75225
Telephone: (214) 239-2362
Email: TMeek@maynardnexsen.com

*and*

Tres Cleveland
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Email: TCleveland@maynardnexsen.com

*and*

Evan N. Parrott
11 North Water Street
RSA Battle House Tower
Suite 24290
Mobile, AL 36602
Telephone: (251) 206-7449
Email: EParrott@maynardnexsen.com