Taylor W. Meek (Texas Bar I.D. No. 24100197)
MAYNARD NEXSEN P.C.
5949 Sherry Lane, Suite 820
Dallas, TX 75225
Telephone: (214) 239-2362
Email: TMeek@maynardnexsen.com

Tres Cleveland (*pro hac vice* application to be filed)
MAYNARD NEXSEN P.C.
1901 Sixth Avenue N, Suite 1700
Telephone: (205) 254-1000
Email: TCleveland@maynardnexsen.com

Evan N. Parrott (*pro hac vice* application to be filed)
MAYNARD NEXSEN P.C.
11 North Water Street, Suite 24290
Mobile, AL 36602
Telephone: (251) 206-7449
Email: EParrott@maynardnexsen.com

*Counsel for Formentera Partners Fund I, LP*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90000-mxm11** |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC,** *et al.,* | § | **Chapter 11** |
| | § | |
| **Reorganized Debtors.** | § | **Jointly Administered** |
| _____ | § | |
| **TALCO PETROLEUM LLC and** | § | |
| **WHITE MARLIN OPERATING** | § | |
| **CO., LLC,** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **Adversary No. 23-09003-mxm** |
| | § | |
| **FORMENTERA PARTNERS** | § | |
| **FUND I, LP and U.S. SPECIALTY** | § | |
| **INSURANCE CO.,** | § | |
| | § | |
| **Defendants** | § | |

## APPENDIX IN SUPPORT OF DEFENDANT
## FORMENTERA PARTNERS FUND I, LP'S RULE 12(B)(6) MOTION TO DISMISS

| Ex. | Description | Appx. pp. |
|---|---|---|
| 1. | *Notice of (I) Successful Bidder with Respect to the Sale of Substantially All of the Debtors' Assets; (II) Cancellation of Auction; and (III) Adjournment and Rescheduling of (A) Sale Hearing and (B) Combined Hearing* (Case No. 22-90000 (MXM), Doc. 513 (Bankr. N.D. Tex. May 20, 2022)) (the "Notice of Successful Bidder") and the *Purchase and Sale Agreement by and among Rockall ND, LLC, Rockall Midstream, LLC, Rockall Agent Corp., Rockall MS, LLC, Rockall Laurel, LLC, Rockall EOR, LLC, Rockall LA, LLC, Rockall Pine Prairie, LLC, White Marlin Midstream, LLC, Petro Harvester Operating Co., LLC, and Rockall Energy LLC, Individually each a Seller and collectively, as Sellers, and Formentera Partners Fund I, LP, as Purchaser* (the "PSA"), attached to the Notice of Successful Bidder as Ex. A | 1-866 |
| 2 | *Payment and Indemnity Agreement No. 1490* | 867-72 |
| 3. | *Findings of Fact, Conclusions of Law, and Order (I) Approving (A) the Disclosure Statement and (B) the Disclosure Statement Supplement; (II) Confirming the Debtors' Amended Joint Chapter 11 Plan; and (III) Authorizing the Sale of the Debtors' Assets* (Case No. 22-90000 (MXM), Doc. 600 (Bankr. N.D. Tex. June 2, 2022)) (the "Confirmation Order") and the *Sale Approval Supplement to Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving (A) the Disclosure Statement, and (B) the Disclosure Statement Supplement, and (II) Confirming the Debtors' Amended Joint Chapter 11 Plan* (the "Sale Approval Order"), attached to the Confirmation Order as Exhibit B. | 873-1,183 |

[*Remainder of Page Left Intentionally Blank*]

Respectfully submitted this the 14th day of June, 2023.

                                                   */s/ Taylor W. Meek*
                                                   Tres Cleveland (*pro hac vice* application to be filed)
                                                   Evan N. Parrott (*pro hac vice* application to be filed)
                                                   Taylor W. Meek (Texas Bar I.D. No. 24100197)

                                                   *Counsel for Formentera Partners Fund I, LP*

**OF COUNSEL:**

**MAYNARD NEXSEN P.C.**
Taylor W. Meek
5949 Sherry Lane, Suite 820
Dallas, TX 75225
Telephone: (214) 239-2362
Email: TMeek@maynardnexsen.com

*and*

Tres Cleveland
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Email: TCleveland@maynardnexsen.com

*and*

Evan N. Parrott
11 North Water Street
RSA Battle House Tower
Suite 24290
Mobile, AL 36602
Telephone: (251) 206-7449
Email: EParrott@maynardnexsen.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2023, a true and correct copy of the above Notice has been served electronically on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in the above-styled adversary proceeding.

*/s/ Taylor Meek*
OF COUNSEL
