Taylor W. Meek (Texas Bar I.D. No. 24100197)
MAYNARD NEXSEN P.C.
5949 Sherry Lane, Suite 820
Dallas, TX 75225
Telephone: (214) 239-2362
Email: TMeek@maynardnexsen.com

Tres Cleveland (admitted *pro hac vice*)
MAYNARD NEXSEN P.C.
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Email: TCleveland@maynardnexsen.com

Evan N. Parrott (admitted *pro hac vice*)
MAYNARD NEXSEN P.C.
11 North Water Street, Suite 24290
Mobile, AL 36602
Telephone: (251) 206-7449
Email: EParrott@maynardnexsen.com

*Counsel for Formentera Partners Fund I, LP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90000-mxm11** |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC,** *et al.,* | § | **Chapter 11** |
| | § | |
| **Reorganized Debtors.** | § | **Jointly Administered** |
| | § | |
| _____ | § | |
| | § | |
| **TALCO PETROLEUM LLC and** | § | |
| **WHITE MARLIN OPERATING** | § | |
| **CO., LLC,** | § | |
| | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **Adversary No. 23-09003-mxm** |
| | § | |
| **FORMENTERA PARTNERS** | § | |
| **FUND I, LP and U.S. SPECIALTY** | § | |
| **INSURANCE CO.,** | § | |
| | § | |
| **Defendants** | § | |

## PARTIES' JOINT PROPOSAL TO THE COURT REGARDING SCHEDULING ORDER

Plaintiffs Talco Petroleum LLC and White Marlin Operating Co., LLC (collectively, the

"Plaintiffs"); Defendant Formentera Partners Fund I, LP; ("Formentera"); and Defendant U.S.

Specialty Insurance Co. ("USSIC" or together with the Plaintiffs and Formentera, the "Parties"), by and through their respective undersigned counsel, hereby jointly file this Proposal to the Court regarding a scheduling order in the above-styled adversary proceeding (the "AP") and state as follows:

1.      On March 9, 2022, the above-captioned debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* in the Court.

2.      On May 5, 2023, the Plaintiffs filed the *Complaint and Request for Declaratory Judgment and Enforcement of Certain Provisions of Confirmed Plan* (Doc. 1) (the "Complaint") against Formentera and USSIC seeking a declaratory judgment under 28 U.S.C. § 2201(a).

3.      On May 8, 2023, the Court issued the *Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order* (Doc. 6) (the "Preliminary Scheduling Order").

4.      On June 14, 2023, Formentera filed the *Defendant Formentera Partners Fund I, LP's Rule 12(b)(6) Motion to Dismiss* (Doc. 12) (the "Formentera Motion to Dismiss") requesting the Court to dismiss Plaintiffs' claims against Formentera.

5.      Pursuant to N.D. Tex. L.B.R. 7007-1(e), the Plaintiffs have until July 5, 2023 to file a response to the Formentera Motion to Dismiss.

6.      USSIC has until July 17, 2023 to file an answer or other response to the Complaint. (*See* Doc. 11).

7.      On June 15, 2023, in accordance with the terms of the Preliminary Scheduling Order, counsel for the Parties conferred with each other to consider, among other things, a proposed scheduling order. During the conference, counsel for all Parties agreed that it would be premature to develop a detailed discovery plan and scheduling order in light of the pending

Formentera Motion to Dismiss and a potential motion to dismiss filed by USSIC on or before July 17, 2023.

8.      Accordingly, the Parties propose to the Court they will confer with each other and jointly propose a scheduling order, if necessary, within ten (10) days following the Court's final disposition of any motions to dismiss filed by Formentera and USSIC in the AP.

Respectfully submitted this the 20th day of June, 2023.

/s/ Evan N. Parrott
Evan N. Parrott (admitted *pro hac vice*)
**Maynard Nexsen P.C.**
11 North Water Street
RSA Battle House Tower
Suite 24290
Mobile, AL 36602
Telephone: (251) 206-7449
Email: EParrott@maynardnexsen.com
*Counsel for Formentera Partners Fund I, LP*

-and-

/s/ Michael A. Cancienne (e-signed with consent)
Michael A. Cancienne
State Bar No. 24055256
Federal ID No. 964201
**Jordan, Lynch & Cancienne PLLC**
1980 Post Oak Blvd., Suite 2300
Houston, Texas 77056
Telephone: 713.955.4020
Email: mcancienne@jlcfirm.com
*Counsel for Talco Petroleum LLC and White Marlin Operating Co., LLC*

-and-

/s/ Philip Eisenberg (e-signed with consent)
Philip Eisenberg
**Locke Lord LLP**
JPMorgan Chase Tower
600 Travis, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Email: peisenberg@lockelord.com

*Counsel for U.S. Specialty Insurance Co.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of June, 2023, a true and correct copy of the above

Proposal has been served electronically on all parties that are registered to receive electronic

transmission through this Court's CM/ECF filing system in the above-styled adversary proceeding.

/s/ Evan N. Parrott
OF COUNSEL