# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-90000-mxcm11 |
| | § | |
| ROCKALL ENERGY HOLDINGS, LLC et al. | § | Chapter 11 |
| | § | |
| Reorganized Debtors. | § | Jointly Administered |
| | § | |
| | § | |
| TALCO PETROLEUM LLC and | § | |
| WHITE MARLIN OPERATING CO., LLC, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | Adversary No. 23-09003-mxm |
| | § | |
| FORMENTERA PARTNERS FUND I, LP and | § | |
| U.S. SPECIALTY INSURANCE CO., | § | |
| | § | |
| Defendants | § | |

**ORDER GRANTING U.S. SPECIALTY INSURANCE COMPANY'S MOTION
(I) TO DISMISS UNDER RULE 12(B)(1); (II) ALTERNATIVELY, FOR ABSTENTION;
AND (III) TO DISMISS UNDER RULE 12(B)(6)**

The Court has considered the Motion (i) to Dismiss under Rule 12(b)(1); (ii) Alternatively, for Abstention; and (iii) to Dismiss under Rule 12(b)(6) (the "Motion") filed by U.S. Specialty

Insurance Company and the Brief filed in its support, as well as all objections to the relief requested therein, and is of the opinion that the relief requested in the Motion should be granted. It is, therefore,

ORDERED that the Complaint and Request for Declaratory Judgment and Enforcement of Certain Provisions of Confirmed Plan [Dkt. No. 1] is hereby dismissed with prejudice. Respectfully submitted this the 17th day of July, 2023.

###END OF ORDER###

Order submitted by :

/s/ Philip G. Eisenberg
Philip G. Eisenberg
Texas Bar No.: 24033923
peisenberg@lockelord.com
Elizabeth M. Guffy
Texas Bar No. 08592525
Email: eguffy@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, TX 77002
Phone: (713) 226-1304
Fax: (713) 223-3717

and

Brad C. Knapp
Texas Bar No.: 24060101
Email: bknapp@lockelord.com
LOCKE LORD LLP
601 Poydras Street
New Orleans, LA 70130
Ph: 504-558-5100

and

W. Scott Hastings
Texas Bar No. 24002241
Email: shastings@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue Suite 2800
Dallas, TX 75201
Ph: 214-740-8000