Philip G. Eisenberg
Texas Bar No. 24033923
Elizabeth M. Guffy
Texas Bar No. 08592525
LOCKE LORD LLP
600 Travis, Suite 2800
Houston, Texas 77002
Ph: 713-226-1200
Email: peisenberg@lockelord.com
Email: eguffy@lockelord.com

W. Scott Hastings
Texas Bar No. 24002241
LOCKE LORD LLP
2200 Ross Avenue Suite 2800
Dallas, TX 75201
Ph: 214-740-8000
Email: shastings@lockelord.com

Brad C. Knapp
Texas Bar No. 24060101
LOCKE LORD LLP
601 Poydras Street
New Orleans, LA 70130
Ph: 504-558-5100
Email: bknapp@lockelord.com

*Counsel for U.S. Specialty Insurance Co.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-90000-mxcm11 |
| | § | |
| ROCKALL ENERGY HOLDINGS, LLC et al. | § | Chapter 11 |
| | § | |
| Reorganized Debtors. | § | Jointly Administered |
| | § | |
| | § | |
| TALCO PETROLEUM LLC and | § | |
| WHITE MARLIN OPERATING CO., LLC, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | Adversary No. 23-09003-mxm |
| | § | |
| FORMENTERA PARTNERS FUND I, LP and | § | |
| U.S. SPECIALTY INSURANCE CO., | § | |
| | § | |
| Defendants | § | |

**NOTICE OF HEARING ON U.S. SPECIALTY INSURANCE COMPANY'S MOTION (I) TO DISMISS UNDER RULE 12(B)(1); (II) ALTERNATIVELY, FOR ABSTENTION; AND (III) TO DISMISS UNDER RULE 12(B)(6)**

PLEASE TAKE NOTICE THAT the Court will conduct a hearing on *U.S. Specialty Insurance Company's Motion (i) to Dismiss under Rule 12(b)(1); (ii) Alternatively, for Abstention; and (iii) to Dismiss under Rule 12(b)(6)* [Docket No. 25], to be held on August 23, 2023, at 9:30 a.m. prevailing Central Time.

PLEASE TAKE FURTHER NOTICE that this will be a hybrid hearing. The address for in-person attendance is 501 W Tenth Street, Room 128, Fort Worth, Texas 76102. For WebEx video participation or attendance, the link is: https://us-courts.webex.com/meet/mullin.

Respectfully submitted this the 21st day of July, 2023.

/s/ Philip G. Eisenberg
Philip G. Eisenberg
Texas Bar No. 24033923
Email: peisenberg@lockelord.com
Elizabeth M. Guffy
Texas Bar No. 08592525
Email: eguffy@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: (713) 226-1304

Brad C. Knapp
Texas Bar No. 24060101
Email: bknapp@lockelord.com
LOCKE LORD LLP
601 Poydras Street
New Orleans, LA 70130
Telephone: 504-558-5100

W. Scott Hastings
Texas Bar No. 24002241
Email: shastings@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue Suite 2800
Dallas, TX 75201
Telephone: 214-740-8000

COUNSEL FOR U.S. SPECIALTY INSURANCE CO.

## CERTIFICATE OF SERVICE

    I hereby certify that on July 21, 2023, a true and correct copy of the foregoing instrument was served electronically on all parties registered to receive electronic transmission through this Court's CM/ECF filing system in the above-styled proceeding.

                                           /s/ *Philip G Eisenberg*
                                              Philip G. Eisenberg

134000039v.1