Taylor W. Meek (Texas Bar I.D. No. 24100197)
MAYNARD NEXSEN P.C.
5949 Sherry Lane, Suite 820
Dallas, TX 75225
Telephone: (214) 239-2362
Email: TMeek@maynardnexsen.com

Tres Cleveland (admitted *pro hac vice*)
MAYNARD NEXSEN P.C.
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Email: TCleveland@maynardnexsen.com

Evan N. Parrott (admitted *pro hac vice*)
MAYNARD NEXSEN P.C.
11 North Water Street, Suite 24290
Mobile, AL 36602
Telephone: (251) 206-7449
Email: EParrott@maynardnexsen.com

*Counsel for Formentera Partners Fund I, LP*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 22-90000-mxm11** |
| | § | |
| **ROCKALL ENERGY HOLDINGS, LLC,** *et al.,* | § | **Chapter 11** |
| | § | |
| Reorganized Debtors. | § | **Jointly Administered** |
| | § | |
| _____ | § | |
| | § | |
| **TALCO PETROLEUM LLC and** | § | |
| **WHITE MARLIN OPERATING** | § | |
| **CO., LLC,** | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | **Adversary No. 23-09003-mxm** |
| | § | |
| **FORMENTERA PARTNERS** | § | |
| **FUND I, LP and U.S. SPECIALTY** | § | |
| **INSURANCE CO.,** | § | |
| | § | |
| Defendants | § | |

### NOTICE OF HEARING ON DEFENDANT FORMENTERA PARTNERS FUND I, LP'S RULE 12(B)(6) MOTION TO DISMISS

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Northern District of Texas (the "Court") has scheduled a hearing on **August 23, 2023 at 9:30 a.m. (Central Time)** (the "Hearing") before the Honorable Mark X. Mullin, United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division on the *Formentera Partners Fund I, LP's Rule 12(b)(6) Motion to Dismiss* (Doc. 22) filed by Formentera Partners Fund I, LP.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted in a hybrid manner. Counsel and other parties in interest may participate (i) in person at the United States Bankruptcy Court for the Northern District of Texas, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102, and (ii) virtually with counsel appearing remotely through the Court's audio and video conference systems. Participants attending virtually and wishing to both see the documents and exhibits as presented to the Court and hear the proceedings should be (i) dialed in through the audio system, and (ii) logged into the Court's WebEx videoconference facilities. **For Audio Communication**: Audio communication will be by use of the Court's dial-in number. The dial-in number is 650-479-3207. You will be asked to key in the conference room number. Judge Mullin's access code number is 474-603-746. Parties are encouraged to review the Court's procedures and instructions located at: https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy.

**For WebEx Video Participation/Attendance**: You may view video via the Court's WebEx video conference facilities located at: https://us-courts.webex.com/meet/mullin.

Respectfully submitted this the 21st day of July, 2023.

          */s/ Evan N. Parrott*
          Tres Cleveland (admitted *pro hac vice*)
          Evan N. Parrott (admitted *pro hac vice*)
          Taylor W. Meek (Texas Bar I.D. No. 24100197)

          *Counsel for Formentera Partners Fund I, LP*

**OF COUNSEL:**

**MAYNARD NEXSEN P.C.**
Taylor W. Meek
5949 Sherry Lane, Suite 820
Dallas, TX 75225
Telephone: (214) 239-2362
Email: TMeek@maynardnexsen.com

*and*

Tres Cleveland
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Email: TCleveland@maynardnexsen.com

*and*

Evan N. Parrott
11 North Water Street
RSA Battle House Tower
Suite 24290
Mobile, AL 36602
Telephone: (251) 206-7449
Email: EParrott@maynardnexsen.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2023, a true and correct copy of the above Notice has been served electronically on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in the above-styled adversary proceeding.

*/s/ Evan N. Parrott*
OF COUNSEL
